Ibrahim Muhtaseb – Bar # 299472
30591 San Anselmo Dr.
Murrieta, CA 92563
(951) 704-3475
Email: IbrahimMuhtaseb@Gmail.com
Attorney for Plaintiff,
BILL DOLAN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BILL DOLAN**<br><br>    **Plaintiff**<br><br>v.<br><br>**GC SERVICES, LP**<br><br>    **Defendants.** | Case No. 1-18-cv-01217-LJO-SKO |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Bill Dolan and his counsel hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against the Defendant GC Services Limited Partnership.

Dated this 19th day of November 2018.

                                                        Respectfully submitted,

                                                        /s/Ibrahim Muhtaseb
                                                        Ibrahim Muhtaseb – Bar # 299472
                                                        30591 San Anselmo Dr.
                                                        Murrieta, CA 92563
                                                        Phone: (951) 704-3475
                                                        Email: IbrahimMuhtaseb@gmail.com

                                                        ATTORNEY FOR PLAINTIFF